UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SYLINIA JACKSON,

                Plaintiff,

-v-

HOWLOO, INC.,

                Defendant.

CIVIL ACTION NO.: 25 Civ. 153 (JHR) (SLC)

**ORDER TO INITIATE DEFAULT PROCEEDINGS**

**SARAH L. CAVE,** United States Magistrate Judge:

The Complaint in this action was served on Thursday, February 13, 2025, with Defendant's Answer due on Thursday, March 6, 2025. (ECF No. 11). No Answer having been filed on the docket, Plaintiff is hereby ORDERED to request a Certificate of Default from the Clerk of Court by **Monday, March 17, 2025** and to file a Motion for Default Judgment in accordance with the Individual Practices of the Honorable Jennifer H. Rearden, Rule 55 of the Federal Rules of Civil Procedure, and S.D.N.Y. Local Rule 55 by no later than **Monday, March 31, 2025.**

Dated:      New York, New York
             March 10, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**